# EXHIBIT 35



# Packaging Specialties Inc.
## MANHATTAN CONTAINER CORP.
11350 KALTZ, WARREN, MI 48089
PHONE (810) 758-5240  FAX (810) 758-3557

**INVOICE DATE:** 02/11/99
**INVOICE NUMBER:** 41503

| SALESMAN | TERMS | BILL OF LADING NO. | SHIPPED VIA | F.O.B |
|---|---|---|---|---|
| 16 | NET 30 | 19124 | OUR TRUCK | Pre-Paid |

**SOLD TO:** 343
INALFA ROOF SYSTEMS, INC
1370 PACIFIC DRIVE
AUBURN HILLS, MI 48326

**SHIPPED TO:**
INALFA ROOF SYSTEMS, INC
1370 PACIFIC DRIVE
AUBURN HILLS, MI 48326

| YOUR P.O. NO. / OUR ORDER NO. | DESCRIPTION | QUANTITY SHIPPED | PKG | PRICE PER | AMOUNT |
|---|---|---|---|---|---|
| 111338 / 388101A | MEWNG55 ASSEMBLY  File# 934320 | 3 | C | 327.00 EA | 981.00 |

ALL CLAIMS MUST BE MADE WITHIN FIVE (5) WORKING DAYS.

981.0

Remit to: 11350 KALTZ · WARREN, MICHIGAN 48089

Exhibit
Tabor
5/2/11  79
EL  ESQUIRE

CONFIDENTIAL
P003133



# Packaging Specialties Inc.
## MANHATTAN CONTAINER CORP.
11350 KALTZ, WARREN, MI 48089
PHONE (810) 758-5240  FAX (810) 758-3557

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 02/14/00 | 41649 |

| SALESMAN | TERMS | BILL OF LADING NO. | SHIPPED VIA | F.O.B. |
|---|---|---|---|---|
| 16 | NET 30 | 24012 | OUR TRUCK | Pre-Paid |

**SOLD TO** 343

INALFA ROOF SYSTEMS, INC
1370 PACIFIC DRIVE
AUBURN HILLS, MI 48326

**SHIPPED TO**

INALFA ROOF SYSTEMS, INC
1370 PACIFIC DRIVE
AUBURN HILLS, MI 48326

| YOUR P.O. NO. / OUR ORDER NO. | DESCRIPTION | QUANTITY SHIPPED | E/C | PRICE/PER | AMOUNT |
|---|---|---|---|---|---|
| 111338 / 560701A | NEWWG55 ASSEMBLY  File# 934320 | 19 | C | 327.00 EA | 6213.00 |

6213.0

ALL CLAIMS MUST BE MADE WITHIN FIVE (5) WORKING DAYS.

Remit to: 11350 KALTZ • WARREN, MICHIGAN 48089

IN-1 8-27-98



CONFIDENTIAL
P003135



# Packaging Specialties Inc.
## MANHATTAN CONTAINER CORP.
11350 KALTZ, WARREN, MI 48089
PHONE (810) 758-5240  FAX (810) 758-3557

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 02/17/00 | 41829 |

| SLSMAN | TERMS | BILL OF LADING NO. | SHIPPED VIA | F.O.B. |
|---|---|---|---|---|
| 16 | NET 30 | 24128 | OUR TRUCK | Pre-Paid |

**SOLD TO** 343
INALFA ROOF SYSTEMS, INC
1370 PACIFIC DRIVE
AUBURN HILLS, MI 48326

**SHIPPED TO**
INALFA ROOF SYSTEMS, INC
1370 PACIFIC DRIVE
AUBURN HILLS, MI 48326

| YOUR P.O. NO. / OUR ORDER NO. | DESCRIPTION | QUANTITY SHIPPED | PRC | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 11338 / 369001A | NEWWGS5 ASSEMBLY  File# 93432M | 10 | C | 327.00 EA | 3270.00 |

|  |  |  | 3270. |

ALL CLAIMS MUST BE MADE WITHIN FIVE (5) WORKING DAYS

Remit to: 11350 KALTZ • WARREN, MICHIGAN 48089

CONFIDENTIAL
P003139